v.

**DEPARTMENT OF HUMAN SERVICES, Respondent**

**No. 345 WAL 2016**

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Derek Russell JONES, Petitioner**

**No. 237 WAL 2016**

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**Gladys Bernice MASON, Ralph J. Smith, Jeanette Platt and Pearl Williams, Petitioners**

v.

**PORTNOFF LAW ASSOCIATES, LTD., Respondent**

**No. 337 WAL 2016**

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.